NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29927
11-FEB-2013
08:03 AM

NO. 29927

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


EMILY THOMAS-YUKIMURA, Plaintiff-Appellee, v.
DAVID YUKIMURA, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 07-1-0098)

ORDER DENYING APPELLANT'S MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of the Appellant's Motion for Reconsideration filed on February 1, 2013, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, February 11, 2013.


On the motion:

David Yukimura,
Pro Se Defendant-Appellant

Presiding Judge

Associate Judge

Associate Judge